UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1777
(1:21-cv-01367-MSN-WEF)

_____

COURTNEY GRAVES, Esq.

       Plaintiff - Appellant

v.

FOULGER-PRATT COMPANIES, LLC; FOULGER-PRATT RESIDENTIAL, LLC, c/o Foulger-Pratt Companies, LLC; FOULGER-PRATT MANAGEMENT, LLC, c/o Foulger-Pratt Companies, LLC; FOULGER-PRATT DEVELOPMENT, LLC, c/o Foulger-Pratt Companies, LLC; FOULGER-PRATT CONTRACTING, LLC, c/o Foulger-Pratt Companies, LLC; THORNTON RESIDENTIAL HOLDINGS TITLE HOLDER, LLC, c/o Foulger-Pratt Companies, LLC; THORNTON RESIDENTIAL HOLDINGS, LLC, c/o Foulger-Pratt Companies, LLC; FP ALEXANDRIA, LLC, c/o Foulger-Pratt Companies, LLC; SREIT THORNTON AT ALEXANDRIA, LLC; ENVIRONMENTAL SOLUTIONS INC.; PROGRESS ENVIRONMENTAL, LLC; COMPLIANCE ENVIRONMENTAL INTERNATIONAL, INC.; R. CHRISTOPHER GOODWIN & ASSOCIATES, INC.; ROBERT J. ROBERTSON, trading as Apartment Restorers, d/b/a Apartment Restorers, LLC; TOMAS MANOSALVA, Solely in his personal capacity; TAM GENERAL CONTRACTING, LLC; CITY OF ALEXANDRIA; ALEXANDRIA OFFICE OF HOUSING, c/o City of Alexandria; OFFICE OF HISTORIC ALEXANDRIA ALEXANDRIA ARCHAELOGY, c/o City of Alexandria; DEPARTMENT OF CODE ADMINISTRATION, c/o City of Alexandria; BOARD OF ARCHITECTURAL REVIEW, c/o City of Alexandria; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; HUNTER WARFIELD, INC., c/o Ray Sherbill, c/o David Kay; OFFIT KURMAN, PA; APARTMENT RESTORERS, LLC

       Defendants - Appellees

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Richardson, and Senior Judge Traxler.

For the Court

/s/ Nwamaka Anowi, Clerk